# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141255(55)

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
       Plaintiff-Appellant,

v

WILLIAM SMITH and SHERI HARRIS,
       Defendants,

and

SCOTT MIHELSIC and ANDREA MIHELSIC,
       Defendants-Appellees,

and

PIONEER STATE MUTUAL INSURANCE
COMPANY,
       Intervening Defendant.
_____

SC: 141255
COA: 287505
Kent CC: 07-003903-CK

      On order of the Chief Justice, the motion by plaintiff-appellant for extension of the time for filing their brief and appendix is considered and, it appearing the brief and appendix were filed February 24, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011

_____
Clerk